947 F.2d 1302w
 Thomas Sawyer McCARTHNEY; Timothy Ray Buchanan; Eustaquio
Colon; Mary Elizabeth DeVoe; James Christopher
Everett; Bobby Towns; William Gary
Woods, Petitioners,
v.
James B. BUSEY, Administrator; Federal Aviation
Administration; the National Transportation
Safety Board, Respondents.
 No. 91-3097.
 United States Court of Appeals,
Sixth Circuit.
 Argued May 20, 1991.
Decided Oct. 29, 1991.
 
 1
 NOTE: THE COURT HAS WITHDRAWN THIS OPINION. SEE 954 F.2d 1147.